UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>)<br>GERALD EILAND, *et al.*,       )<br>)<br>Defendants.                     )<br>) | Criminal No. 04-379 (RCL) |

### ORDER

Upon consideration of active defendants' motions [254, 262, 268, 271, 290, 325, 420, 424, 426, 427, 430] for severance of defendants and/or counts; inactive defendants' motions [272, 273] to sever co-defendants and/or counts; defendants' motions [269, 275, 429] to join in the ripe severance motions of their co-defendants; defendants' motions [288, 326] for leave to late file severance-related motions; the United States' consolidated opposition [437]; defendant Eiland's reply [443] thereto; the applicable law and the entire record herein, it is hereby

ORDERED that defendants' motions [269, 275, 429] to join in the ripe severance motions of their co-defendants are GRANTED; it is

FURTHER ORDERED that defendants' motions [288, 326] for leave to late file severance-related motions are GRANTED; it is

FURTHER ORDERED that active defendants' motions [254, 262, 271, 290, 325, 420, 424, 426, 427, 430] for severance of defendants and/or counts are DENIED; it is

FURTHER ORDERED that inactive defendants' motions [272, 273] to sever co-defendants and/or counts are DENIED AS MOOT.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 7, 2005.